**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GISLAINA RICHE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SELIP & STYLIANOU, LLP,<br><br>　　　　　　Defendant. | Civil Action No: 24-506 (SDW) (ESK)<br><br>**WHEREAS OPINION**<br><br><br>March 11, 2024 |

**WIGENTON**, District Judge.

**THIS MATTER** having come before this Court upon *pro se* Plaintiff Gislaina Riche's ("Plaintiff") filing of a complaint (D.E. 1 ("Complaint")) and an accompanying application to proceed *in forma pauperis* (D.E. 1-4 ("IFP Application")); and

**WHEREAS** a district court may allow a plaintiff to commence a civil action without paying the filing fee—that is, *in forma pauperis*—so long as the plaintiff submits an affidavit demonstrating that he or she is "unable to pay such fees." 28 U.S.C. § 1915(a)(1); and

**WHEREAS** Plaintiff's IFP Application, although incomplete, sufficiently demonstrates that she cannot pay the filing fee because she has: (1) no income, (2) $15 in her bank account, (3) $300 in investments, (4) at least $290 in monthly expenses, and (5) $130,000 outstanding on her student loans. (D.E. 1-4 at 1–2); therefore

Plaintiff's IFP Application is **GRANTED**. An appropriate order follows.

2

/s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc: Parties
Edward S. Kiel, U.S.M.J.